# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRIME FOODS FOR PROCESSING AND TRADING d/b/a PRIME FOODS,<br><br>**Plaintiff,**<br><br>vs.<br><br>GREATER OMAHA PACKING CO., INC.,<br><br>**Defendant.** | 8:19CV73<br><br>ORDER |

This matter is before the Court on the Motion to Withdraw as Counsel (Filing No. 25) filed by Faisal Gill, counsel of record for Plaintiff, Prime Foods for Processing and Trading d/b/a Prime Foods. Counsel seeks to withdraw from his representation due to Plaintiff's failure to respond to counsel's communications. Upon consideration,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel (Filing No. 25) filed by Faisal Gill, counsel of record for Prime Foods for Processing and Trading d/b/a Prime Foods, is **granted**.

2. Because Prime Foods cannot litigate in this forum without representation by licensed counsel, *Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 347-48 (8th Cir. 1994), on or before **September 16, 2019**, Prime Foods shall obtain the services of new counsel and have that attorney file an appearance on its behalf. If substitute counsel does not enter an appearance by **September 16, 2019**, the Court will dismiss this action without further notice.

3. Attorney Faisal Gill shall electronically mail a copy of this Order to Prime Foods at its last known email address.

4. The Clerk of Court shall mail a copy of this Order to Prime Foods for Processing and Trading, at:

> st. 9 Mokarrar, Mokattam
> Ciaro 11571
> Egypt

Dated this 15th day of August, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge