IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRIME FOODS FOR PROCESSING AND TRADING d/b/a PRIME FOODS,<br><br>Plaintiff,<br><br>vs.<br><br>GREATER OMAHA PACKING CO., INC.,<br><br>Defendant. | 8:19-CV-73<br><br>**JUDGMENT** |

Pursuant to the accompanying Memorandum and Order, the case is dismissed without prejudice.

Dated this 9th day of October, 2019.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge